UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISBET CORTEZ,

     Plaintiff,

v.                                                    Case No: 8:16-cv-3424-T-17JSS

BROCATO'S SANDWICH SHOP, INC.,

     Defendant.

_____

## ORDER APPROVING SETTLEMENT AGREEMENT

Before the Court is the joint motion seeking settlement approval (the "**Motion**") (Doc. No. 17). The Court reviews and scrutinizes proposed settlements for fairness when suits are "brought directly by employees against their employer under section 216(b) to recover back wages for FLSA violations." Lynn's Food Stores. Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

Having reviewed the Motion and the proposed settlement agreement (*Exh. A*, Doc. No. 17-1), it is **ORDERED** that the Motion is **GRANTED.** The settlement agreement is **APPROVED,** and the case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case, and to terminate any pending motions. The Court retains jurisdiction over this case for the limited purpose of enforcing the terms of the settlement agreement.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 9th day of May, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record